# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0479

VERSUS

DEBRANDIN BROWN                                          **JULY 18, 2022**

---

In Re:     Debrandin Brown, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 01-01-0518.

---

**BEFORE:     HOLDRIDGE, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

**AHP**
**WIL**

   **Holdridge, J.,** dissents in part and would stay the writ
application. The decision whether to apply **Ramos v. Louisiana,**
__ U.S. __, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) retroactively
and grant postconviction relief on state collateral review to
defendants convicted by nonunanimous juries in all or certain
circumstances remains with the Louisiana Supreme Court. A state
court may give broader effect to new rules of criminal procedure
than is required by the relevant opinion. See **Danforth v.
Minnesota,** 552 U.S. 264, 128 S.Ct. 1029, 169 L.Ed.2d 859
(2008). I would stay the writ application pending the Louisiana
Supreme Court's decision in **State v. Reddick,** 2021-1893 (La.
2/15/22), 332 So.3d 1173, wherein the court has granted the writ
application for consideration of whether **Ramos** applies
retroactively on state collateral review.

COURT OF APPEAL, FIRST CIRCUIT

a.Snd
_____
DEPUTY CLERK OF COURT
      FOR THE COURT